UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO. 1:20CR213 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| Matthew J. Novak | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |

The Court will conduct the arraignment set for March 24, 2020 at 1:00 p.m. by video conference as to Defendant Novak. Counsel of record and a pretrial officer shall attend the arraignment in person as schedule.

IT IS SO ORDERED.

<u>March 23, 2020</u>       <u>*/s/ John R. Adams*</u>
Date       John R. Adams
     U.S. District Judge